**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jaime RODRIGUEZ, Defendant—
Appellant.**

**No. 08–50195.**

United States Court of Appeals,
Ninth Circuit.

Submitted March 18, 2009.*

Filed March 27, 2009.

Michael J. Raphael, Esquire, Assistant U.S., Jean–Claude Andre, Assistant U.S.,

---

* The panel unanimously finds this case suitable

for decision without oral argument. *See* Fed.

Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Reuven L. Cohen, Esquire, Assistant Federal Public Defender, Kathryn Ann Young, Sean Kevin Kennedy, Federal Public Defender, FPDCA–Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Jaime Rodriguez, Los Angeles, CA, pro se.

Before: LEAVY, HAWKINS, and TASHIMA, Circuit Judges.

### MEMORANDUM **

Jaime Rodriguez appeals from the 51–month sentence imposed following his guilty-plea conviction for illegal re-entry after deportation, in violation of 8 U.S.C. § 1326(a). We have jurisdiction pursuant to 28 U.S.C. § 1291. We affirm, but remand to correct the judgment.

Rodriguez contends that his sentence must be vacated and remanded for resentencing due to the district court's technical violation of Federal Rule of Criminal Procedure 32(e)(2). We conclude that the error did not affect his substantial rights. *See United States v. Olano,* 507 U.S. 725, 734, 113 S.Ct. 1770, 123 L.Ed.2d 508 (1993).

We remand to the district court with directions to delete from the judgment of conviction the incorrect reference to 8 U.S.C. § 1326(b)(2). *See United States v. Herrera–Blanco,* 232 F.3d 715, 719 (9th Cir.2000) (remanding sua sponte to delete the reference to § 1326(b)).

**AFFIRMED; REMANDED to correct the judgment.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

